## OSCAR MARTINEZ DEJESUS *v.* COMMISSIONER OF CORRECTION

The petition by the petitioner Oscar Martinez DeJesus for certification for appeal from the Appellate Court, 45 Conn. App. 912 (AC 16085), is denied.

BORDEN, J., did not participate in the consideration or decision of this petition.

*David B. Rozwaski,* in support of the petition.

*Rita M. Shair,* assistant state's attorney, in opposition.

Decided July 14, 1997

## AFSCME, COUNCIL 4, AFL-CIO *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 45 Conn. App. 912 (AC 16535), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification to appeal.

*J. William Gagne, Jr.,* in support of the petition.

*Brien P. Horan,* in opposition.

Decided July 14, 1997